In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00361-CV

_____

**JEEVA ANANDHAM, Appellant**

**V.**

**AMBIKA ANANDHAM, Appellee**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-226,683**

**MEMORANDUM OPINION**

On October 7, 2016, we notified the parties that the notice of appeal was filed late, but within the extension time permitted by Rule 26.3 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 26.3. The appellant, Jeeva Anandham, did not respond to the Court's notices and did not file a motion for extension of time to file a notice of appeal.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1. No motion for extension of time was timely filed pursuant to Tex. R.

1

App. P. 26.3. The Court finds it is without jurisdiction to entertain this appeal.

Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on November 2, 2016
Opinion Delivered November 3, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.